**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7260**

---

THOMAS A. CRUMP,

                                      Plaintiff - Appellant,

        versus

MARK C. CHRISTIE, in his personal capacity as
Commissioner, State Corporation Commission;
THEODORE V. MORRISON, JR., in his personal
capacity as Commissioner, State Corporation
Commission; JUDITH WILLIAMS JAGDMANN, in her
personal capacity as Commissioner, State
Corporation Commission; LARRY E. DURBIN, in
his personal capacity as Assistant
Commissioner, Customer Service, Department of
Taxation; MICHAEL G. FOJTIK, in his personal
capacity as Senior Auditor, Department of
Taxation, Tobacco Unit,

                                      Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:07-cv-00244-JRS)

---

Submitted:  December 20, 2007      Decided:  December 28, 2007

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas A. Crump, Appellant Pro Se.  A. Ann Berkebile, Philip Reed DeHass, STATE CORPORATION COMMISSION OF VIRGINIA, Richmond, Virginia; Flora Townes Hezel, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. Crump appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Crump v. Christie</u>, No. 3:07-cv-00244-JRS (E.D. Va. Aug. 7, 2007). We deny Crump's motion to recuse judges of this court that smoke from this case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 3 -